

# Fourth Court of Appeals
## San Antonio, Texas

October 15, 2021

No. 04-21-00285-CV

Alma Maldonado **GONZALEZ,**
Appellant

v.

**VANTAGE BANK TEXAS,**
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-23070
Honorable Sid L. Harle, Judge Presiding

## O R D E R

Appellee's brief is due on October 18, 2021. *See* TEX. R. APP. P. 38.6(b). Before the due date, Appellee filed an unopposed first motion for an extension of time to file the brief until November 22, 2021. *See id.* R. 10.5(b).

Appellee's motion for extension of time is GRANTED. Appellee's brief is due on November 22, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of October, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court